# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS W. OLICK,

    Petitioner

    v.

THE ESTATE TO ANDREW OLICK, SR.;
ANDREW OLICK, JR.; GERALYN OLICK;
VICTORIA (OLICK) HALDERMAN;
CASANDRA OLICK; MARGUERITE
DIPPLE; AMANDA TOBAR; AND JOHN
DOES,

    Respondents

:  No. 631 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.